UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CATHY CHIU LAM CHB INC. doing business as ASIAN JADE CUSTOMS BROKERAGE; and CATHY CHIU LAM, VARIOUS JOHN DOES, JANE DOES and XYZ COMPANIES, <br><br> Defendants. | Civil Action No. <br> 10-CV-1163 (JBW)(RML) <br><br> **STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff Nike, Inc. ("Nike"), and Defendants Cathy Chiu Lam CHB Inc. doing business as Asian Jade Customs Brokerage and Cathy Chiu Lam (collectively, the "Brokerage"), through their respective counsel, that the time in which the Brokerage may move, answer or otherwise respond to Plaintiff's Complaint is extended to July 15, 2010.

Dated: June 3, 2010

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
    Martin J. Feinberg

Park Avenue Tower
65 East 55th Street
New York, New York 10022
Tel.: (212) 451-2300
Fax.: (212) 451-2222
mfeinberg@olshanlaw.com

*Attorneys for Plaintiff Nike, Inc.*

THE EXETER LAW GROUP LLP

By: _____
    Mitchell M. Wong

40 Wall Street, Floor 28
New York, New York 10005
Tel.: (212) 671-1068
Fax: (212) 202-4756
mwong@exeterlawgroup.com

*Attorneys for Defendants Cathy Chiu Lam CHB d/b/a Asian Jade Customs Brokerage and Cathy Chiu Lam*

990943-1