UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>                                  Plaintiff,<br><br>-against-<br><br>CATHY CHIU LAM CHB INC. doing business as ASIAN JADE CUSTOMS BROKERAGE; and CATHY CHIU LAM, VARIOUS JOHN DOES, JANE DOES and XYZ COMPANIES,<br><br>                                  Defendants. | 10 CV 1163 (JBW) (RML)<br><br>**MOTION TO ADMIT<br>COUNSEL *PRO HAC VICE*** |

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Martin J. Feinberg, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

|  |  |
|---|---|
| Applicant's Name: | Stephanie Boomershine, Esq. |
| Firm Name: | Holihan Law P.A. |
| Address: | 1101 North Lake Destiny Road, Suite 275 |
| City/State/Zip: | Maitland, FL 32751 |
| Telephone/Fax: | (407) 660-8575 |
| Fax: | (407) 660-0510 |
| Email Address: | stephanie.boomershine@holihanlaw.com |

Stephanie Boomershine, Esq. is a member in good standing of the bars of the State of Florida, Middle District of Florida and Southern District of Florida. There are no pending disciplinary proceedings against Stephanie Boomershine, Esq. in any state or federal court.

Dated: New York, NY
       July 13, 2010

                                                OLSHAN GRUNDMAN FROME ROSENZWEIG &
                                                WOLOSKY LLP

                                        By: _____
                                            Martin J. Feinberg
                                            Olshan Grundman Frome Rosenzweig & Wolosky LLP
                                            Park Avenue Tower
                                            65 East 55th Street
                                            New York, New York 10022
                                            (212) 451-2300
                                            (212) 451-2222 (fax)
                                            *Attorneys for Plaintiff Nike, Inc.*

1014057-1