AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 10 CIV. 1163 (JBW) (RML)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Kwai Por Au a/k/a Tony Au
(i/s/h/a Steven Kwai Au a/k/a Tony
Au a/k/a Tony Kau a/k/a Steve K. Au)

I certify that I am admitted to practice in this court.

| 7/13/2010 | | |
|---|---|---|
| Date | Signature | |
| | HUGH H. MO | HM 0425 |
| | Print Name | Bar Number |
| | 225 BROADWAY, SUITE 2702 | |
| | Address | |
| | NEW YORK        NEW YORK        10007 | |
| | City        State        Zip Code | |
| | (212) 385-1500        (212) 385-1870 | |
| | Phone Number        Fax Number | |