UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
NIKE, INC.,

                Plaintiffs,

-against-

CATHY CHIU LAM CHB INC. d/b/a ASIAN
JADE CUSTOMS BROKERAGE, CATHY CHIU LAM,
U-FREIGHT OF AMERICA, INC., STEVEN KWAI
AU a/k/a TONY AU a/k/a TONY KAU a/k/a
STEVE K. AU, and Various John Does, Jane Does, and
XYZ Companies,

                Defendants.
-------------------------------------------------------------------- X

10 CIV. 1163 (JBW) (RML)

**STIPULATION TO EXTEND KWAI POR AU A/K/A TONY AU'S TIME TO ANSWER/RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

It is hereby stipulated and agreed by and between the undersigned, counsel for the parties herein, that:

1. Defendant KWAI POR AU a/k/a TONY AU's time to answer/respond to Plaintiff's Amended Complaint is hereby extended up to and including August 13, 2010.

2. A facsimile copy of this stipulation and the signatures appearing thereon may serve as an original to be filed without further notice with the Court.

Dated:     New York, New York
            July 13, 2010

HOLIHAN LAW

By: Michael Holihan (MH_____)
Attorneys for Plaintiff
1101 North Lake Destiny Road, Suite 275
Maitland, Florida 32751
(407) 660-8575
(407) 660-0510(f)

THE LAW FIRM OF HUGH H. MO, P.C.

By: Hugh H. Mo, Esq. (HM 0425)
Attorneys for Defendant Kwai Por Au a/k/a
Tony Au i/s/h/a Steven Kwai Au a/k/a Tony
Au a/k/a Tony Kau a/k/a Steve K. Au
225 Broadway, Suite 2702
New York, New York 10007
(212) 385-1500
(212) 385-1870 (f)