# THE LAW FIRM OF HUGH H. MO, P.C.

225 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10007
**(212) 385-1500**
FAX: (212) 385-1870 / EMAIL: hhmo@verizon.net

July 13, 2010

***Via ECF and Facsimile (718) 613-2345***
Hon. Robert M. Levy
U.S. Magistrate Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:   *Nike, Inc. v. Cathy Chiu Lam CHB Inc., et al.*
           USDC-EDNY
           10 CIV 1163 (JBW) (RML)

Dear Magistrate Judge Levy:

     We have just been retained as the attorneys for Defendant KWAI POR AU a/k/a TONY AU (incorrectly sued herein as Steven Kwai Au a/k/a Tony Au a/k/a Tony Kau a/k/a Steve K. Au) in the above-referenced matter.

     Hence, Plaintiff's counsel kindly consented to a Stipulation to Extend our client's time to answer/respond to Plaintiff's Amended Complaint up to and including August 13, 2010.

     Accordingly, we respectfully ask Your Honor to kindly adjourn the Initial Conference currently scheduled for this Friday, July 16, 2010, to another date that is convenient for the Court after August 16, 2010.

     This is our first request for an adjournment. Plaintiff's counsel, Michael Holihan, Esq., and Co-defendants Cathy Chiu Lam CHB Inc.'s and Cathy Chiu Lam's counsel, Mitchell M. Wong, Esq., do not have any objection to our application for the adjournment.

**THE LAW FIRM OF HUGH H. MO, P.C.**

Hon. Robert M. Levy, U.S.M.J.                                July 13, 2010
Re:    *Nike, Inc. v. Cathy Chiu Lam CHB Inc., et al.*       Page 2

We thank Your Honor for the Court's consideration herein. Should you have any questions, please call.

Respectfully submitted,

Hugh H. Mo (HM 0425)

cc:    *Via Facsimile*
       Michael Holihan, Esq.
       Holihan Law
       1101 North Lake Destiny Road, Suite 275
       Maitland, Florida 32751
       (407) 660-8575
       (407) 660-0510(f)

       *Via Facsimile*
       Martin Jon Feinberg, Esq.
       Olshan Grundman Frome Rosenzweig & Wolosky LLP
       65 East 55th Street
       New York, New York 10022
       (212) 451-2300
       (212) 451-2222 (f)

       *Via Facsimile*
       Mitchell M. Wong, Esq.
       The Exeter Law Group LLP
       40 Wall Street, 28th Floor
       New York, New York 10005
       (212) 671-1068
       (212) 202-4765 (f)