UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

NIKE, INC.,

                **Plaintiff,**

-against-

CATHY CHIU LAM CHB INC. d/b/a ASIAN JADE CUSTOMS BROKERAGE, and CATHY CHIU LAM, U-FREIGHT OF AMERICA, INC., STEVE KWAI AU a/k/a TONY AU a/k/a TONY KAU a/k/a STEVE K AU and VARIOUS JOHN DOES, JANE DOES and XYZ COMPANIES,

                **Defendants.**
_____

ECF CASE

Case No. 10-CV-1163 (JBW)(RML)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned appears as attorney for U-FREIGHT OF AMERICA, INC., in this action and requests that all papers be served upon him. The individual attorney in the undersigned firm who is responsible for this litigation is Kenneth N. Wolf.

Dated: July 22, 2010

                Respectfully submitted,

                **SANDLER, TRAVIS & ROSENBERG, P.A.**

      By:    /s/ Kenneth Wolf
                Kenneth N. Wolf (KW0598)
                Attorneys for Defendant
                U-Freight of America, Inc.
                551 Fifth Avenue, Suite 1100
                New York, New York 10176
                Telephone No.: (212) 883-1300
                Facsimile No. (212) 883-0068
                kwolf@strtrade.com

## **CERTIFICATE OF SERVICE**

I, KENNETH WOLF, AS ATTORNEY FOR DEFENDANT U-FREIGHT OF AMERICA, INC. HEREBY CERTIFY that on July 22, 2010, I electronically filed the foregoing

NOTICE OF APPEARANCE

with the Clerk of the Court using the CM/ECF filing system, which will send notice of such filing to the following:

**Martin Jon Feinberg**
**Safia Anisa Anand**
Olshan Grundman Frome et al.
65 East 55th Street
New York, NY 10022
mfeinberg@olshanlaw.com
SAnand@Olshanlaw.com
Counsel for plaintiff,

**Michael W.O. Holihan**
Holihan Law
1101 North Lake Destiny Rd, Suite 275
Maitland, FL 32751
michael.holihan@holihanlaw.com
Counsel for plaintiff,

**Mitchell M. Wong**
The Exeter Law Group Llp
40 Wall Street, Floor 28
New York, NY 10005
mwong@exeterlawgroup.com
Counsel for defendants Cathy Chiu Lam CHB Inc., Cathy Chiu Lam

**Hugh H Mo**
The Law Firm of Hugh H. Mo, P.C.
225 Broadway, Suite 2702
New York, NY 10007
Email: hhmo@verizon.net
Counsel for defendant Steve Kwai Au a/k/a Tony Au a/k/a Tony Kau a/k/a Steve K Au

                                                          s/Kenneth N. Wolf
                                                          Kenneth N. Wolf