UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

**NIKE, INC.,**

              **Plaintiff,**

-against-

**CATHY CHIU LAM CHB INC. d/b/a ASIAN JADE CUSTOMS BROKERAGE, and CATHY CHIU LAM, U-FREIGHT OF AMERICA, INC., STEVE KWAI AU a/k/a TONY AU a/k/a TONY KAU a/k/a STEVE K AU and VARIOUS JOHN DOES, JANE DOES and XYZ COMPANIES,**

              **Defendants.**
_____

**ECF CASE**

Case No. 10-CV-1163 (JBW)(RML)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant U-Freight of America, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

              NONE

Dated: July 22, 2010

           Respectfully submitted,

           **SANDLER, TRAVIS & ROSENBERG, P.A.**

    By:    /s/ Kenneth Wolf
           Kenneth N. Wolf (KW0598)
           Attorneys for Defendant
           U-Freight of America, Inc.
           551 Fifth Avenue, Suite 1100
           New York, New York 10176
           Telephone No.: (212) 883-1300
           Facsimile No. (212) 883-0068
           kwolf@strtrade.com

## **CERTIFICATE OF SERVICE**

I, KENNETH WOLF, AS ATTORNEY FOR DEFENDANT U-FREIGHT OF AMERICA, INC. HEREBY CERTIFY that on July 22, 2010, I electronically filed the foregoing

RULE 7.1 STATEMENT

with the Clerk of the Court using the CM/ECF filing system, which will send notice of such filing to the following:

**Martin Jon Feinberg**
**Safia Anisa Anand**
Olshan Grundman Frome et al.
65 East 55th Street
New York, NY 10022
mfeinberg@olshanlaw.com
SAnand@Olshanlaw.com
Counsel for plaintiff,

**Michael W.O. Holihan**
Holihan Law
1101 North Lake Destiny Rd, Suite 275
Maitland, FL 32751
michael.holihan@holihanlaw.com
Counsel for plaintiff,

**Mitchell M. Wong**
The Exeter Law Group Llp
40 Wall Street, Floor 28
New York, NY 10005
mwong@exeterlawgroup.com
Counsel for defendants Cathy Chiu Lam CHB Inc., Cathy Chiu Lam

**Hugh H Mo**
The Law Firm of Hugh H. Mo, P.C.
225 Broadway, Suite 2702
New York, NY 10007
Email: hhmo@verizon.net
Counsel for defendant Steve Kwai Au a/k/a Tony Au a/k/a Tony Kau a/k/a Steve K Au

                                                              s/Kenneth N. Wolf
                                                              Kenneth N. Wolf