UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CATHY CHIU LAM CHB INC. doing business as ASIAN JADE CUSTOMS BROKERAGE; CATHY CHIU LAM, U-FREIGHT OF AMERICA, INC.; STEVE KWAI AU a/k/a TONY AU a/k/a STEVE K AU; and VARIOUS JOHN DOES, JANE DOES and XYZ COMPANIES, <br><br> Defendants. | Civil Action No. <br> 10-CV-1163 (JBW)(RML) <br><br> **STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Defendants-Crossclaimants Cathy Chiu Lam CHB Inc. doing business as Asian Jade Customs Brokerage and Cathy Chiu Lam (collectively, the "Brokerage"), and Defendant-Crossdefendant U-Freight of America, Inc. ("U-Freight"), through their respective counsel, that the time in which the Brokerage may file and serve its opposition papers to U-Freight's motion to dismiss (Docket Item No. 31) is hereby extended to September 7, 2010.

Respectfully submitted,

Dated:   August 23, 2010

THE EXETER LAW GROUP LLP

By: _____
    Mitchell M. Wong

40 Wall Street, Floor 28
New York, New York 10005
Tel.:   (212) 671-1068
Fax:   (212) 202-4756
mwong@exeterlawgroup.com

*Attorneys for Defendants Cathy Chiu Lam CHB d/b/a Asian Jade Customs Brokerage and Cathy Chiu Lam*

Dated:      August 24, 2010           SANDLER, TRAVIS, & ROSENBERG

                                      By: *Kenneth N. Wolf*

                                      551 5th Avenue
                                      New York, NY 10176-0602
                                      Tel.:   (212) 883-1300
                                      Fax:    (212) 883-0068
                                      kwolf@strtrade.com

                                      *Attorneys for Defendant-*
                                      *Crossdefendant U-Freight of America,*
                                      *Inc.*

-2-