UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
NIKE INC.

    -V-                                      ORDER
                                            CV10-1163 (JBW)

CATHY CHIU LAM CHB et al
-------------------------------------------------X

      For the reasons stated in counsel's letter dated August 25, 2010, the motion for suspension is granted as requested. The motion to dismiss is deemed withdrawn and may be renewed at an appropriate time.

                                                        _____
                                                        JACK B. WEINSTEIN
                                                        SR. UNITED STATES DISTRICT JUDGE

DATED: 9/7/10

